IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VARIOUS PLAINTIFFS  :  CONSOLIDATED UNDER
  :  MDL 875
  :
v.

VARIOUS DEFENDANTS

FILED
AUG 24 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Cases in which Plaintiffs' are represented by the Cascino Vaughan Law Offices

### ORDER

AND NOW, this **18th** day of **August, 2010**, it is hereby **ORDERED** that the cases listed in Exhibit "A", attached, are referred to the Honorable United States District Judge Lowell A. Reed, Jr. for mediation and all necessary pretrial proceedings.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO