IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Civil Action No: |
| | : | MDL 875 |
| This Document Relates Only to the | : | |
| Cases Identified on the Attached List | : | |
| (Hereinafter referred to as CVLO-1) | : | |

**CASE MANAGEMENT AND SCHEDULING ORDER FOR CVLO-1**

**O**n May 4, 2009 the Presiding Judge of the MDL 875 referred over 5000 cases in the MDL 875, where plaintiffs were represented by Cascino Vaughan Law Offices, to Senior Judge Lowell A. Reed as Court Annexed Mediator. That effort resulted in the resolution of over 3000 cases.[1] On April 18, 2011, anticipating the retirement of Senior Judge Reed, the matters were referred to this United States Magistrate Judge as Court Annexed Mediator. On June 9, 2011, that role was expanded "to conduct pretrial procedures, supervision of discovery, settlement conferences and preparation for trial." The Order further provided that the "Magistrate Judge may enter such orders as may be necessary to facilitate these tasks."

Following upon the substantial efforts of Senior Judge Reed, and my own direct involvement over the last three months, it has become apparent that further efforts to resolve these cases in a limited mediation context will not be productive. While we note that during the two-year mediation process, significant effort was made by the parties to conduct certain discovery in an attempt to

---

[1] During the course of mediation, plaintiffs' counsel agreed to dismiss without prejudice a significant number of cases in which the plaintiff's medical condition was less severe. We continue to encourage counsel to consider dismissing additional similar cases without prejudice, subject to refiling at a later date upon satisfaction of some objective medical criteria agreed to by the parties. The Court is willing to help facilitate this process in any way possible, including selection of agreeable objective medical criteria that would form the basis for any future refiling of dismissed claims.

provide the information necessary for the parties to assess their settlement positions, certain difficulties between the parties persist and need to be addressed more formally and in the context of specific cases.

Taking into account these difficulties, and following upon consultation with the Presiding Judge with regard to the impact of the litigation on the goals of the MDL-875, we believe that judicial economy, fairness and efficiency dictate that these cases be placed on scheduling orders that allow them to move toward final disposition. This decision has been made after thoughtful consideration, and with significant input from counsel. Both plaintiffs and defendants have provided proposals and suggestions as to the best course of action moving forward, and we have considered their proposals, as well as the history of the litigation, in reaching our decision.

In light of the foregoing, as to the cases identified in Exhibit "A," **IT IS HEREBY ORDERED THAT** the following discovery and pretrial management deadlines shall apply:

1. Defendants shall file any motions to dismiss based upon noncompliance with Administrative Order No. 12 by:  July 29, 2011

2. Plaintiffs shall respond to any such motions to dismiss by:  August 5, 2011

3. All medical evidence in plaintiffs' possession, or that will be presented to, or relied upon by, plaintiffs' experts, including X-rays, pathology, and 524(g) bankruptcy trust submissions shall be submitted to IKON by:  August 1, 2011

4. HIPPAA-compliant medical authorizations shall be submitted to the defense by:  August 1, 2011

5. All discovery relating to medical diagnosis, including medical records and related records discovery, must be completed by:  September 9, 2011

6.  Plaintiffs shall file any plaintiff-specific expert reports relating to medical diagnosis by:   September 23, 2011

7.  Defendants shall file any plaintiff-specific expert reports relating to medical diagnosis by:   October 7, 2011

8.  Discovery relating to medical diagnosing experts, including depositions, must be completed by:   October 21, 2011

9.  Any motions *in limine* seeking to exclude medical diagnosing experts must be filed by:   October 28, 2011

10. Responses to any motions *in limine* seeking to exclude medical diagnosing experts must be filed by:   November 11, 2011

11. Replies to any motions *in limine* seeking to exclude medical diagnosing experts must be filed by:   November 18, 2011

12. All remaining fact discovery must be completed by:   December 30, 2011

13. Plaintiff's remaining expert reports must be filed by:   January 13, 2012

14. Defendants' remaining expert reports must be filed by:   January 27, 2012

15. All remaining expert discovery must be completed by:   February 10, 2012

16. Any dispositive motions must be filed by:   February 24, 2012

17. Responses to any dispositive motions must be filed by:   March 9, 2012

18. Replies to any dispositive motions must be filed by:   March 16, 2012

19. Responses to requests for documents, and other paper discovery must be served by production to the IKON Depository, and accessed pursuant to Judge Reed's Order of March 28, 2011.

20. Depositions conducted during discovery are to be governed by the Federal Rules of Civil Procedure, as modified by any Deposition Protocol agreed to by the parties and approved by the Court.

21. Discovery is not to occur in any cases filed by Cascino Vaughan Law Offices which have not been placed on a scheduling order (such as the June 9, 2011 Scheduling Order in "Certain Cascino Vaughan Law Offices Cases"). The Court will entertain, however, from any party a request for leave to take a deposition of any individual with relevant information who is suffering from a serious medical condition. Such a deposition is not to be noticed unless leave of court has been given.

22. The role of defense liaison counsel will be to coordinate communications between the defense and the Court and to work with plaintiffs' counsel to come to agreement on broad issues. However, to the extent any party should have a particular objection or issue with regard to any case, that party is free to deal with plaintiffs' counsel directly.

23. A settlement conference, with client representatives to be in attendance in person, shall take place at such time as the Court, upon the recommendations of the parties or otherwise, deems appropriate.

BY THE COURT:

 /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**

| Last Name | First Name | PA-ED Case # |
|---|---|---|
| Aberle | Glenn | 08-CV-91650 |
| Alsene | Delmar | 08-CV-92187 |
| Anuszkiewicz | Roman | 08-CV-90938 |
| Ayers | Mark | 08-CV-91953 |
| Bark | James | 10-CV-64542 |
| Barnett | Roscoe | 10-CV-68919 |
| Bault | Charles | 08-CV-91663 |
| Beach | Laundy | 10-CV-68142 |
| Beddow | Merle | 08-CV-92239 |
| Beeney | Donald | 08-CV-91728 |
| Bell | Orville | 08-CV-92260 |
| Bement | James | 10-CV-67615 |
| Bennett | Bob | 08-CV-91585 |
| Bennett | Clifford | 08-CV-90082 |
| Bennett | Jack | 10-CV-68968 |
| Black | John | 10-CV-68110 |
| Bodine | Richard | 08-CV-92055 |
| Branchfield | Del | 08-CV-91587 |
| Breeding | Richard | 08-CV-90273 |
| Brooks | Ray | 08-CV-92194 |
| Brown | Carl | 10-CV-68436 |
| Brownlee | Theodore | 08-CV-91954 |
| Buchanan | Michael | 10-CV-68074 |
| Bugg | William | 08-CV-91729 |
| Burton | Alice | 08-CV-92139 |
| Burton | William | 08-CV-92309 |
| Castros | Arol | 08-CV-91760 |
| Centers | Albert | 08-CV-90268 |
| Chavez | Richard | 08-CV-90342 |
| Cohen | Ronald | 09-CV-64755 |
| Cox | Charles | 08-CV-91866 |
| Cox | Donald | 08-CV-92244 |
| Craddock | John | 10-CV-68114 |
| Crain | Paul | 08-CV-89841 |
| Craven | John | 10-CV-67678 |
| Cripe | George | 08-CV-91940 |
| Cromwell | Joseph | 08-CV-92301 |
| Cummings | Ronald | 10-CV-68902 |
| Dalton | Jack | 08-CV-91944 |
| Darling | William | 08-CV-92236 |

| | | |
|---|---|---|
| Davis | Edgar | 08-CV-92201 |
| Deaville | Kenneth | 08-CV-92064 |
| Delks | Carol | 08-CV-88681 |
| Deters | Cletus | 10-CV-64585 |
| Dodd | Carl | 08-CV-91578 |
| Dover | Jackie | 10-CV-68127 |
| Dual | Monte | 08-CV-92314 |
| Dubois | Charles | 08-CV-92119 |
| Ebert | Michael | 08-CV-89432 |
| Edbrooke | Richard | 08-CV-92254 |
| Edwards | Terry | 08-CV-92137 |
| Endsley | Robert | 08-CV-92025 |
| Estock | Robert | 08-CV-92026 |
| Fadler | Donald | 08-CV-90220 |
| Fields | William | 10-CV-68082 |
| Fisher | Pascal | 08-CV-92173 |
| Fonner | Larry | 08-CV-92222 |
| Fraboni | Louis | 08-CV-91671 |
| Frampton | Kenneth | 08-CV-92160 |
| Gabbard | Ben | 08-CV-92151 |
| Gabbard | Robert | 08-CV-92145 |
| Gaines | James | 08-CV-92305 |
| Gard | Leslie | 08-CV-91736 |
| Gard | Robert | 10-CV-67613 |
| Garecht | Robert | 08-CV-92134 |
| Geiger | Gerald | 08-CV-91676 |
| Giuliano | William | 09-CV-64609 |
| Goetsch | Randall | 08-CV-91673 |
| Graves | William | 08-CV-92120 |
| Green | Robert | 08-CV-92311 |
| Grier | David | 08-CV-91657 |
| Grier | John | 08-CV-91687 |
| Hamann | Kenneth | 08-CV-92181 |
| Harris | Robert | 08-CV-91589 |
| Harrison | Hollis | 08-CV-92141 |
| Hart | Andrew | 08-CV-91674 |
| Hatfield | Bobby | 08-CV-92147 |
| Helfers | Carl | 08-CV-92196 |
| Helton | Burl | 09-CV-61719 |
| Henney | Jean | 09-CV-64629 |
| Hess | Roy | 08-CV-92180 |
| Hill | John | 10-CV-64557 |
| Hockings | Daniel | 08-CV-89796 |

| | | |
|---|---|---|
| Holden | Michael | 08-CV-92154 |
| Horn | Richard | 10-CV-68096 |
| Hoskins | Adam | 08-CV-89474 |
| Hubert | William | 08-CV-92068 |
| Hulmes | Darrell | 08-CV-92135 |
| Hutchinson | Jack | 08-CV-92157 |
| Hyland | Gerald | 08-CV-91862 |
| Irons | Gary | 10-CV-68130 |
| Jackson | William | 08-CV-92189 |
| Jacobs | Larry | 10-CV-68100 |
| Janko | Albert | 08-CV-91675 |
| Jennings | Billy | 08-CV-91757 |
| Jindresek | Walter | 08-CV-91858 |
| Johnson | Dorothy | 08-CV-91691 |
| Johnson | Leo | 08-CV-91661 |
| Johnson | Richard | 08-CV-92122 |
| Kelly | Robert | 08-CV-91696 |
| Kennedy | Roy | 08-CV-89492 |
| Kittleson | Alfred | 08-CV-91887 |
| Knapp | Jimmy | 08-CV-91763 |
| Kruse | Patrick | 08-CV-91867 |
| La Hood | Harry | 10-CV-68131 |
| Lawless | Anthony | 08-CV-92161 |
| Liston | Frank | 11-CV-66749 |
| Lorentz | Eugene | 10-CV-61348 |
| Lower | Garry | 10-CV-68129 |
| Manderino | Joseph | 09-CV-60695 |
| Marcogliese | Frank | 08-CV-89497 |
| Maresca | Joseph | 08-CV-90328 |
| Martin | David | 10-CV-61109 |
| Matheney | Roy | 08-CV-91955 |
| Maulding | Duane | 08-CV-92113 |
| May | Dale | 08-CV-92116 |
| Mayer | Louis | 10-CV-68227 |
| McMahill | Clair | 10-CV-68126 |
| Meischner | Donald | 09-CV-60645 |
| Meischner | Gisela | 08-CV-92192 |
| Meischner | Leonard | 08-CV-91758 |
| Meischner | Richard | 09-CV-60648 |
| Millard | Eugene | 10-CV-68119 |
| Minor | John | 08-CV-91969 |
| Moore | George | 08-CV-91869 |
| Morr | Lee | 08-CV-92152 |

| | | |
|---|---|---|
| Morris | David | 08-CV-92162 |
| Morthole | Edward | 08-CV-91868 |
| Morton | Kenneth | 08-CV-92253 |
| Nall | Clyde | 08-CV-90084 |
| Nelms | Kenneth | 08-CV-91666 |
| Nichols | Gerald | 10-CV-68097 |
| Nichols | Leonard | 10-CV-68105 |
| O'Boyle | Darrell | 10-CV-68087 |
| O'Keefe | Robert | 08-CV-92210 |
| Palsgrove | Joseph | 08-CV-89373 |
| Peterson | Robert | 08-CV-92040 |
| Peterson | William | 08-CV-92224 |
| Phares | Millard | 10-CV-68866 |
| Phipps | Paul | 08-CV-92220 |
| Pierce | James | 10-CV-68094 |
| Pittman | Frank | 08-CV-89441 |
| Plue | Alvin | 08-CV-91596 |
| Plue | Richard | 10-CV-68073 |
| Poe | Richard | 10-CV-68107 |
| Potts | Stanley | 08-CV-91872 |
| Powell | Dale | 08-CV-82923 |
| Powell | John | 08-CV-92012 |
| Powell | Thomas | 08-CV-91885 |
| Prather | James | 08-CV-89745 |
| Rasner | Donald | 08-CV-92143 |
| Reed | Odell | 10-CV-61353 |
| Reinhardt | Gary | 08-CV-92131 |
| Reinoehl | Donald | 08-CV-89460 |
| Riggs | Irving | 08-CV-91762 |
| Rogers | John | 08-CV-92167 |
| Sams | Phillip | 08-CV-88575 |
| Schlemer | Carl | 08-CV-89470 |
| Schroeder | Carl | 10-CV-64552 |
| Schuck | Walter | 08-CV-92205 |
| Seifert | William | 08-CV-92171 |
| Short | Johnnie | 08-CV-92164 |
| Smith | Orville | 10-CV-68104 |
| Smith | Ronald | 08-CV-90287 |
| Snyder | Ameses | 08-CV-92225 |
| Spangler | Herbert | 08-CV-91882 |
| Sprague | Billy | 08-CV-90112 |
| Stariha | William | 09-CV-64725 |
| Taylor | James | 08-CV-91881 |

| | | |
|---|---|---|
| Thomas | Glendel | 08-CV-92206 |
| Thurman | Ernest | 08-CV-92188 |
| Tonarelli | Russell | 08-CV-91665 |
| Tovey | Robert | 08-CV-92133 |
| Walker | Clarence | 08-CV-92136 |
| Wallman | RJ | 08-CV-88587 |
| Ware | William | 08-CV-92159 |
| Waterstradt | Henry | 08-CV-92045 |
| Weber | Daniel | 08-CV-92132 |
| Wesley | Keith | 10-CV-64570 |
| White | Donald | 08-CV-92036 |
| Whiteman | Robert | 08-CV-92299 |
| Williams | Lloyd | 08-CV-91588 |
| Williamson | Henry | 08-CV-92169 |
| Williamson | Richard | 08-CV-91878 |
| Wilson | Merle | 08-CV-91879 |
| Winders | Berlie | 08-CV-92061 |
| Wittmeyer | Austin | 08-CV-91739 |
| Workman | John | 10-CV-68071 |