IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: ASBESTOS PRODUCTS  :
LIABILITY LITIGATION (No. VI)  :       Civil Action No:
                                :       MDL 875
This Document Relates to the    :
Cases Identified on the Attached Case List

FILED
NOV - 5 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

**AND NOW**, this 5th day of November, 2012, upon consideration of "Plaintiffs' Motion to Subdivide the CVLO-4 Case Group" (i.e. 10-61115 117), General Electric Company's response (i.e. 10-61115 122) and after the October 2, 2012 recorded teleconference on the issue, it is hereby **ORDERED** that the motion is **GRANTED in part** in that the April 11, 2012 scheduling orders in these cases[1] are amended as follows:[2]

1. **CVLO-4**
    a. Responses to any dispositive motions must be filed by **January 21, 2013**
    b. Replies to any dispositive motions must be filed by **January 28, 2013**

2. **CVLO-5**
    a. Any dispositive motions (including any dispositive *in limine* claims) must be filed by **December 14, 2012**
    b. Responses to any dispositive motions must be filed by **March 4, 2013**
    c. Replies to any dispositive motions must be filed by **March 11, 2013**

3. **CVLO-6**
    a. Any dispositive motions (including any dispositive *in limine* claims) must be filed by **January 11, 2013**

---

[1] All current scheduling orders may be found at:
http://www.paed.uscourts.gov/mdl875r.asp

[2] The intent of extending these deadlines is to give the Defendants more time to draft their dispositive motions and to give Plaintiffs more time to digest and respond to them. The extensions are not meant to provide additional fact discovery time to the parties.

      b.      Responses to any dispositive motions must be filed by **April 3, 2013**

      c.      Replies to any dispositive motions must be filed by **April 10, 2013**

4. **CVLO-7**
   a. Any dispositive motions (including any dispositive *in limine* claims) must be filed by **February 1, 2013**

   b. Responses to any dispositive motions must be filed by **May 1, 2013**

   c. Replies to any dispositive motions must be filed by **May 8, 2013**

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

## CASE LIST

| | | | |
|---|---|---|---|
| Reed | Hugh | 08-CV-88250 | 4 |
| Austin | Richard | 08-CV-89340 | 4 |
| Heggie | JW | 08-CV-89372 | 4 |
| McFarland | Charles | 08-CV-89381 | 4 |
| Cook | Joseph | 08-CV-89446 | 4 |
| Kemper | Jack | 08-CV-89498 | 4 |
| Fata | Frank | 08-CV-90058 | 4 |
| Schmidt | Donald | 08-CV-90063 | 4 |
| Phillips | John | 08-CV-90122 | 4 |
| Jones | Asa | 08-CV-90132 | 4 |
| Willey | Russel | 08-CV-90166 | 4 |
| Jackson | Floyd | 08-CV-90263 | 4 |
| Percy | Warren | 08-CV-90465 | 4 |
| Weber | Ronald | 08-CV-91052 | 4 |
| Holme | Darrell | 08-CV-91090 | 4 |
| Baker | Joseph | 08-CV-91189 | 4 |
| Bolton | John | 09-CV-60186 | 4 |
| Esser | Charles | 09-CV-60287 | 4 |
| Bresnahan | Thomas | 09-CV-60331 | 4 |
| Jones | Duane | 09-CV-60440 | 4 |
| Lundahl | Robert | 09-CV-60444 | 4 |
| Sienko | Ronald | 09-CV-60481 | 4 |
| Jeske | Kenneth | 09-CV-60547 | 4 |
| Junk | Bonnie | 09-CV-60550 | 4 |
| Nuutinen | Charles | 09-CV-61333 | 4 |
| Frisch | Louis | 09-CV-61354 | 4 |
| Schroeder | Cletus | 09-CV-61430 | 4 |
| Crumwell | Richard | 09-CV-61744 | 4 |
| Ruesken | Louis | 09-CV-61820 | 4 |
| Giuliano | William | 09-CV-64609 | 4 |
| Ringo | Robert | 09-CV-91454 | 4 |
| Bennington | Martin | 10-CV-61115 | 4 |
| Pietrzycki | Stanley | 10-CV-61349 | 4 |
| Suhaysik | Raymond | 10-CV-61865 | 4 |
| Dittamore | William | 10-CV-64583 | 4 |
| Embly | Robert | 10-CV-64584 | 4 |
| Kelley | Howard | 10-CV-67555 | 4 |
| Arseneault | Clovis | 10-CV-67621 | 4 |
| Gosz | Clarence | 10-CV-67808 | 4 |
| Risse | Loren | 10-CV-67857 | 4 |
| Patrick | Homer | 10-CV-68864 | 4 |
| Herr | Richard | 11-CV-60064 | 4 |
| Van Stippen | Joseph | 11-CV-63483 | 4 |

| | | | |
|---|---|---|---|
| Strerath | William | 11-CV-63496 | 4 |
| Brazzoni | Alfred | 11-CV-63501 | 4 |
| Tischer | Daniel | 11-CV-63503 | 4 |
| Muehlberger | Max | 11-CV-63518 | 4 |
| Johnson | Francis | 11-CV-66278 | 4 |
| Zellner | Clifford | 11-CV-66746 | 4 |
| Kirk | Delbert | 08-CV-89494 | 5 |
| Riggs | Irving | 08-CV-91762 | 5 |
| Hicks | William | 08-CV-91888 | 5 |
| Maulding | Duane | 08-CV-92113 | 5 |
| Walker | Clarence | 08-CV-92136 | 5 |
| Serstad | Richard | 09-CV-60165 | 5 |
| Loeffelad | Walter | 09-CV-60231 | 5 |
| Caturia | Frederick | 09-CV-60271 | 5 |
| Akey | Richard | 09-CV-60286 | 5 |
| Reno | Charles | 09-CV-60293 | 5 |
| Dunne | Michael | 09-CV-60329 | 5 |
| Burns | John | 09-CV-60476 | 5 |
| Schulze | Ronald | 09-CV-60516 | 5 |
| Miller | Frank | 09-CV-60520 | 5 |
| Reich | Ronald | 09-CV-60523 | 5 |
| Enerson | Donald | 09-CV-61004 | 5 |
| Flaatten | Ronald | 09-CV-61006 | 5 |
| Jelinski | Jerome | 09-CV-61012 | 5 |
| White | Paul | 09-CV-61033 | 5 |
| Holcomb | Edward | 09-CV-61314 | 5 |
| Metzger | Jack | 09-CV-61322 | 5 |
| Rathsack | Michael | 09-CV-61347 | 5 |
| Gabrus | Donald | 09-CV-61357 | 5 |
| Horton | Julius | 09-CV-61469 | 5 |
| Ketchum | Richard | 09-CV-61481 | 5 |
| Reichert | Norman | 09-CV-61487 | 5 |
| Kiepert | William | 09-CV-61544 | 5 |
| Enos | Carroll | 10-CV-61422 | 5 |
| Kumferman | Henry | 10-CV-61429 | 5 |
| Bartlett | Robert | 10-CV-61467 | 5 |
| Gottsacker | Randall | 10-CV-61885 | 5 |
| Zimmer | Lawrence | 10-CV-61896 | 5 |
| Nelson | Marlin | 10-CV-61956 | 5 |
| Sebastian | Sigfried | 10-CV-64686 | 5 |
| Wagner | Edward | 10-CV-67704 | 5 |
| Berger | Thomas | 10-CV-67758 | 5 |
| Conway | Harold | 10-CV-67785 | 5 |
| Hickmann | Eugene | 10-CV-67805 | 5 |
| Junk | William | 10-CV-67841 | 5 |

| | | | |
|---|---|---|---|
| Irons | Gary | 10-CV-68130 | 5 |
| Bucknell | Bertha | 11-CV-63908 | 5 |
| Reno | Charles | 11-CV-67724 | 5 |
| Oliphant | John | 11-CV-67767 | 5 |
| Dice | James | 08-CV-88411 | 6 |
| Bartlett | Thomas | 08-CV-89791 | 6 |
| Rome | Douglas | 08-CV-89825 | 6 |
| Czajkoski | Walter | 08-CV-89969 | 6 |
| Klimek | David | 08-CV-90065 | 6 |
| Matlock | Benjamin | 08-CV-90099 | 6 |
| Graham | Marion | 08-CV-90139 | 6 |
| Johnson | James | 08-CV-90156 | 6 |
| Hamerla | John | 08-CV-90208 | 6 |
| Patrick | Carolyn | 08-CV-90221 | 6 |
| Woodmaster | Charles | 08-CV-91087 | 6 |
| Gard | Leslie | 08-CV-91736 | 6 |
| Van Dolah | Vernon | 08-CV-91880 | 6 |
| Graves | William | 08-CV-92120 | 6 |
| Lawless | Anthony | 08-CV-92161 | 6 |
| Massey | Leonard | 09-CV-61356 | 6 |
| Deters | Cletus | 10-CV-64585 | 6 |
| Richardson | Eleanore | 10-CV-67553 | 6 |
| Nichols | Gerald | 10-CV-68097 | 6 |
| Toon | Lloyd | 08-CV-88707 | 7 |
| Brown | Gary | 08-CV-89945 | 7 |
| Bey | George | 08-CV-89979 | 7 |
| Brigham | George | 08-CV-89984 | 7 |
| White | Shirley | 08-CV-90171 | 7 |
| Smith | Leo | 08-CV-90276 | 7 |
| Scott | Thomas | 08-CV-91314 | 7 |
| Taylor | James | 08-CV-91881 | 7 |
| Nehlsen | Michael | 08-CV-91893 | 7 |
| Ayers | Mark | 08-CV-91953 | 7 |
| Daniels | Jimmie | 08-CV-92259 | 7 |
| Engelman | Patrick | 09-CV-60939 | 7 |
| Campbell | Elmer | 10-CV-61341 | 7 |
| Benson | Harold | 10-CV-64563 | 7 |
| Carlson | Neil | 10-CV-67533 | 7 |
| Carmichael | James | 10-CV-67545 | 7 |
| Cyril | Svatek | 11-CV-64036 | 7 |
| Jurglanis | Clemens | 12-CV-60003 | 7 |
| Spychalla | Leonard | 12-CV-60004 | 7 |
| Eulgen | Louis | 12-CV-60019 | 7 |
| Krueger | Glenn | 12-CV-60020 | 7 |
| Pehlke | Luella | 12-CV-60049 | 7 |
| McNair | Mary | 12-CV-60160 | 7 |

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| AMBER ACHILLES | ELIZABETH HARVEY | KENNETH GORENBERG | RICHARD HAAS |
| BARRY ROBIN | FRANCIS MORRISSEY | KEVIN LONG | RICHARD STEINKEN |
| BEAU SEFTON | J. GASS | KEVIN REID | ROBERT HALEY |
| BILLEE WARD | JACK BLOCK | KRISTIN ACHTERHOF | ROBERT KOPKA |
| BRIAN CAHILL | JACQUELYN CHAMPAGNE | LAURA O'CONNELL | RONALD CURTIS |
| BRIAN FIELDS | JAMES CULHANE | LEON TODD | RONALD WELDY |
| BRIAN PLEGGE | JAMES FIEWEGER | LISA WARWICK | ROSEANNE LOFTUS |
| BRUCE KAMPLAIN | JAMES SNYDER | LORI YOKOYAMA | RUSSELL HOOVER |
| C. KOEBELE | JAMES WHEELER | MARK JOHNSON | SCOTT KYROUAC |
| CAROL PRYGROSKY | JAN DODD | MARK RAKOCZY | SEAN MACK |
| CHARLES BOHL | JEFFREY MCKEAN | MAUREEN KELLY | STACEY SENECZKO |
| CHRISTOPHER RAISTRICK | JEFFREY SCHMECKPEPER | MELISSA SKILKEN | STEPHEN KAUFMANN |
| CLARKE GILLESPIE | JENNIFER FARDY | MICHAEL BISHOP | STEPHEN KRAVIT |
| CREED TUCKER | JENNIFER SEIDLER | MICHAEL CIESLEWICZ | STEPHEN MAASSEN |
| DANIEL FARROLL | JEROME KRINGS | MICHAEL HENNIG | STEVEN CELBA |
| DANIEL OVERBEY | JOAN IRICK | MICHAEL KAEDING | STEVEN SANDERS |
| DAVID BARTEL | JOEL POOLE | MICHAEL KOKAL | SUSAN HUNTER |
| DAVID MORRIS | JOHN CHILDERS | MICHAEL O'ROURKE | THADDEUS STANKOWSKI |
| DAVID ROLF | JOHN DAMES | PAMELA PAIGE | THOMAS MEYER |
| DEAN PANOS | JOHN DIXON | PATRICK JONES | THOMAS WILSON |
| DEBORAH SOLMOR | JOHN STUCKEY | PATRICK MCKENNA | TIMOTHY FAGAN |
| DEMARCUS GORDON | JOSEPH O'HARA | PATRICK PHILLIPS | TIMOTHY UEBER |
| DENIS RISCHARD | JOSEPH WITEK | PETER HATTON | VANI SINGHAL |
| DENNIS DOBBELS | JOSHUA MURPHY | R. MUTH | VICTOR LAZZARETTI |
| DENNIS GRABER | JUAN RAMIREZ | R. STOMMEL | W. WELSH |
| DEREK SMITH | K. CAREY | RICHARD BAKER | WILLIAM EHRKE |
| DEVLIN SCHOOP | KELLY CHERF | RICHARD BOLTON | WILLIAM HASSLER |
| DONALD BERGER | KELLY MCCLOSKEY | RICHARD CHAPIN | ZANE LUCAS |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DOUGLAS KING | KENT ROGERS | ROBERT LONG |
| AHNDREA VANDENELZEN | DOUGLAS PROCHNOW | KEVIN KNIGHT | ROBERT MCCOY |
| ALLEN VAUGHAN | DREW ODUM | KIMBERLY HILLMAN | ROBERT PISANI |
| AMANDA SUMMERLIN | EDWARD CASMERE | KIMBERLY SARFF | ROBERT RALEIGH |
| AMIEL GROSS | EDWARD KENNEY | KIRK HARTLEY | ROBERT RILEY |
| ANDREW DETHERAGE | EDWARD MCCAMBRIDGE | KNIGHT ANDERSON | ROBERT SANDS |
| ANTHONY GOLDNER | EMILY ZAPOTOCNY | KRISTINA LEMANSKI | ROBERT SCHROEDER |
| BARBARA BUBA | ERIC CARLSON | KURT REITZ | ROBERT SCOTT |
| BARRY LOFTUS | GARY SMITH | KURTIS REEG | ROBERT SPINELLI |
| BARRY SHORT | GERMAINE WILLETT | LANCE MUELLER | ROBERT SPITKOVSKY |
| BASIL DISIPIO | GREGORY COCHRAN | LAUREL JOHNSON | ROGER HEIDENREICH |
| BETH HUGHES | GREGORY GOLDBERG | LAURIE MCLEROY | RONALD HACK |
| BRADLEY BULTMAN | GREGORY LYONS | LESLEY SHERMETA | RUSSELL KLINGAMAN |
| BRADLEY NAHRSTADT | HEIDI RUCKMAN | LISA DILLMAN | SARAH MILLER |
| BRETT LARSEN | J. BRADLEY | M. GRANT | SARAH PAGELS |
| BRIAN WATSON | JACOB SAWYER | MAJA EATON | SCOTT HENRY |
| BRYAN SKELTON | JAMES BOYERS | MARGARET FOSTER | SCOTT SIMPKINS |
| BRYCE BENNETT | JAMES CARTER | MARK EISLER | SCOTT THOMSEN |
| C. DOUGLAS | JAMES HOUSE | MARK FELDMANN | SEAN SHEEHAN |
| C. EVERT | JAMES KASPER | MARK LUDOLPH | SHAWANE LEE |
| CARMEN ANDERSON | JAMES MORRISON | MARK SAMPSON | SHAWN BABIUCH |
| CAROL ZUCKERMAN | JAMES MURRAY | MARK TIVIN | SHEILA BIRNBAUM |
| CATHERINE CARLSON | JAMES NIQUET | MARTHA REGGI | STEPHEN JENKINS |
| CATHERINE MOHAN | JAMES SVAJGL | MARTIN SCHWARTZ | STEPHEN MILOTT |
| CHAN MCLEOD | JAMES WALTON | MARY ANN HATCH | STEPHEN SCHWARTZ |
| CHARLES JOLEY | JAMIE YADGAROFF | MARY GAY | STEVEN BARBER |
| CHRISTI JONES | JANELLE LINDER | MATTHEW FISCHER | STEVEN BESHORE |
| CHRISTOPHER BANASZAK | JASON CINCILLA | MATTHEW JARDINE | STEVEN CARLSON |
| CHRISTOPHER CONRAD | JASON KENNEDY | MATTHEW THIBODEAU | STEVEN KIRSCH |
| CHRISTOPHER LARSON | JASON RUBIN | MAUREEN COLEMAN | SUSAN MEHRINGER |
| CHRISTOPHER LEE | JEFFREY FULTZ | MELISSA SMITH | TEIRNEY CHRISTENSON |

Certificate of Service

| | | | |
|---|---|---|---|
| CHRISTOPHER P. BANASZAK | JEFFREY HEBRANK | MICHAEL ANTIKAINEN | THOMAS CANNON |
| CHRISTOPHER TRIBLE | JEFFREY ROGERS | MICHAEL BERGIN | THOMAS GILLIGAN |
| CHRISTOPHER WAHL | JEFFREY SCHIEBER | MICHAEL BLOCK | THOMAS GONZALEZ |
| CLARE MAISANO | JENNIFER STUDEBAKER | MICHAEL CASCINO | THOMAS HAYES |
| CLARE RUSH | JEREMY HARRIS | MICHAEL DENNING | THOMAS KERNELL |
| CRAIG LILJESTRAND | JOHN BABIONE | MICHAEL DRUMKE | THOMAS NORBY |
| CRAIG TURET | JOHN CANONI | MICHAEL ROSENBERG | THOMAS ORRIS |
| CURTIS BAILEY | JOHN FONSTAD | MICHAEL TRUCCO | THOMAS SCHMITZER |
| CYNTHIA LOCKE | JOHN KUROWSKI | MICHAEL ZUKOWSKI | THOMAS SCHRIMPF |
| DANIEL CHEELY | JOHN LAFFEY | MITCHELL MOSER | THOMAS TARDY |
| DANIEL DONAHUE | JOHN SEEBOHM | NATHAN FRONK | THOMAS THIBODEAU |
| DANIEL ELGER | JOHN SON | NATHANIEL CADE | TIFFANY TURNER |
| DANIEL JARDINE | JOHN WALLER | NICHOLAS NIZAMOFF | TIMOTHY KAPSHANDY |
| DANIEL LONG | JON BAROOSHIAN | NICOLE BEHNEN | TIMOTHY KRIPPNER |
| DANIEL MANNA | JON FREDRICKSON | OLLIE HARTON | TIMOTHY PAGEL |
| DANIEL MCGRATH | JON GOLDWOOD | PATRICK FINNEGAN | TIMOTHY PIKE |
| DANIEL MULHOLLAND | JONATHAN MATTINGLY | PATRICK LAMB | TOBIN TAYLOR |
| DANIEL O'CONNELL | JONATHAN PARRINGTON | PATRICK STUFFLEBEAM | TRACY COWAN |
| DANIEL TRACHTMAN | JOSEPH KRASOVEC | PAUL O'FLAHERTY | TREVOR WILL |
| DAVID DAMICO | JOSEPH REJANO | PAUL WOJCICKI | W. SIESENNOP |
| DAVID DOGAN | JOSEPH SULLIVAN | PETER MARKS | WALTER JENKINS |
| DAVID SETTER | JOSHUA JOHANNINGMEIER | PETER MCKENNA | WALTER WATKINS |
| DAVID SZLANFUCHT | JOSHUA LEE | R. WILLINGHAM | WARD BROWN |
| DAVID TEMPLE | KAREN RHEINGANS | RAYMOND FOURNIE | WILLIAM CROKE |
| DAVID YBARRA | KATHERINE SPITZ | RAYMOND MODESITT | WILLIAM MAHONEY |
| DEMETRA CHRISTOS | KATHRYN DOWNEY | REED SUGG | WILLIAM SERRITELLA |
| DENNIS CANTRELL | KAYCE GISINGER | RICHARD LAUTH | WILLIAM SHENKENBERG |
| DONALD CARLSON | KEITH HAYS | RICHARD RIEGNER | WILLIAM SMITH |
| | KENT PLOTNER | RICHARD SCHUSTER | WILLIS TRIBLER |